UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                Criminal No. 04-cr-020-01-JD

<u>Jayne Holway</u>

<u>O R D E R</u>

    The defendant has moved to suspend restitution payments until she is released from incarceration due to financial hardship.  The motion is granted.  The defendant shall commence making restitution payments in accordance with the schedule to be determined by the probation officer at the time of her release, provided however, pursuant to 18 U.S.C. § 3664(n), in the event that the defendant receives substantial resources from any source during her incarceration she shall be required to apply the value of such resources to the restitution that has been ordered in this case.

    SO ORDERED.

                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

April 11, 2006

cc:   Jayne Holway, pro se
       Donald A. Feith, Esquire
       U.S. Probation
       U.S. Marshal